IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| KERRY McCOVERY, #271837, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) CIVIL ACTION NO. 2:16-CV-409-WHA |
| | ) |
| JEFFERSON DUNN, et al., | ) |
| | ) |
| Defendants. | ) |

## **ORDER**

On June 21, 2017, the Magistrate Judge filed a Recommendation (Doc. #52) to which no timely objections have been filed. Upon an independent review of the file and upon consideration of the Recommendation, it is ORDERED that:

1. The Recommendation of the Magistrate Judge is ADOPTED;

2. This case is DISMISSED without prejudice for the Plaintiff's failure to comply with the orders of this court and his failure to properly prosecute this action;

3. No costs are taxed.

A separate Final Judgment will be entered.

DONE this 14th day of July, 2017.

/s/ W. Harold Albritton
SENIOR UNITED STATES DISTRICT JUDGE